UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>  Plaintiff, | Criminal No. 14-203 DSD/FLN |
| v. | O R D E R |
| Dontre D'Sean McHenry, | |
|   Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 26, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence (ECF No. 23) is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  September 15, 2014                    s/David S. Doty
                                              DAVID S. DOTY, Judge
                                              United States District Court